# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.: SACV 05-807 CJC (MLGx)                    Date: October 24, 2005

Title: <u>ROGELIO ORTIZ v. WILD OAT MARKET, INC. et al.</u>

PRESENT:

### HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

<u>Debra Beard</u>                    <u>   N/A   </u>
Deputy Clerk                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:

  None Present                          None Present

### PROCEEDINGS: (IN CHAMBERS) ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS PORTIONS OF PLAINTIFF'S COMPLAINT (filed 9/30/05)

Hearing on the above matter, originally scheduled for Monday, October 31, 2005, is continued to Monday, November 7, 2005, at 1:30 p.m.

mfs

MINUTES FORM 11
CIVIL-GEN



DOCKETED ON CM

OCT 2 5 2005

BY _____ 040

Initials of Deputy Clerk

